ARBUCKLE and Another *v.* SPAUGH.

*Thursday,*     APPEAL from the *Bartholomew* Court of Common
*December* 16.     Pleas.

*Per Curiam.*—In this case the same question of jurisdiction of the persons was raised, which was presented to and decided by this Court at the present term in the case of *Ward* v. *Buell* (1), and for the reasons there given, the judgment is affirmed, with 5 per cent. damages and costs.

*F. T. Hord, J. Gavin,* and *O. B. Hord,* for the appellants.

*R. Hill,* for the appellee.

(1) *Ante,* 327.